**UNITED STATES of America,
Plaintiff-Appellee,**

**and**

**Ned L. Polk, Sr., Bondsman as to Mary Virginia Merritt; Crystal Miller Gomez, surety bondsman for Jessica Hollingsworth, Parties-in-Interest,**

v.

**Lance C. TEW, Defendant-Appellant.**

**No. 16-7215**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 17, 2017

Decided: January 19, 2017

Lance C. Tew, Appellant Pro Se. William Jacob Watkins, Jr., Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lance C. Tew appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Tew's informal brief does not challenge the basis for the district court's disposition, Tew has forfeited appellate review of the court's order. <u>See</u> <u>Williams v. Giant Food Inc.</u>, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we grant Tew's motion to proceed under the Criminal Justice Act and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>